# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**CLARENCE BELL,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

**CASE NO. 2:11-CV-1165**
**CRIM. NO. 2:06-CR-0100**
**JUDGE SMITH**
**MAGISTRATE JUDGE ABEL**

## OPINION AND ORDER

On September 12, 2013, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed as barred by the one-year statute of limitations. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

          \s\ George C. Smith
          GEORGE C. SMITH
          United States District Judge